UNITED STATES DISTRICT COURT
WEATERN DISTRICT OF WISCONSIN
COURT FILE NO.: 17-CV-168

Marc and Michelle Sivula,

    Plaintiffs,

v.

Phillips & Cohen, Ltd.,
PCA Acquisitions V, LLC d/b/a Portfolio Asset Group, Capital One Bank (USA), National Association

    Defendants.

**ORDER**

Plaintiffs hereby requests that this Court dismisses Plaintiffs' claims with prejudice as to all Defendants and with all rights of appeal waived, all parties to bear their own fees and costs.

**ORDER FOR DISMISSAL**

IT IS ORDERED that this action is hereby dismissed without fees or costs with prejudice.

DATE: December 13, 2017

~~Mag. Stephen L. Crocker~~

Barbara B. Crabb